## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEMYON GRINBLAT, individually and on behalf of all others similarly situated, | **STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |
| Plaintiff, | |
| -against- | |
| DIVINE INVESTORS LLC, JGP HOLDINGS LLC, PFP QUEENS REALTY LLC, JOHN DOE 1-X, persons yet unknown, **Limited Liability Companies, Partnerships, Corporations 1-X**, entities yet unknown, | CASE NO.: 19-cv-6748-DLI-SMG |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by, and between, the attorney for the Plaintiff, SEMYON GRINBLAT, and the attorneys for the Defendants, DIVINE INVESTORS LLC, JGP HOLDINGS LLC and PFP QUEENS REALTY LLC, that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the action, the above-entitled action and all asserted, and non-asserted, claims, counterclaims and crossclaims are hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. This Court will retain jurisdiction over any violations of the settlement agreement and the causes of action brought in the Plaintiff's complaint. This stipulation may be signed in counterparts.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, has the same force and effect as an original signature.

| | |
|---|---|
| Signed: January 14, 2020 | Signed: January 14, 2020 |
| *Michael Grinblat* | *[signature]* |
| Michael Grinblat, Esq. (4159752) | John J. Byrnes, Esq. |
| Attorney for the Plaintiff<br>SEMYON GRINBLAT | Attorneys for the Defendants<br>DIVINE INVESTORS LLC, JGP HOLDINGS LLC and PFP QUEENS REALTY LLC |
| Law Offices of Michael Grinblat<br>817 Broadway, Fourth Floor<br>New York, NY 10003<br>Tel: (347) 796-0712<br>Fax: (212) 202-5130<br>Email: michael.grinblatesq@gmail.com | Milber Makris Plousadis & Seiden, LLP<br>1000 Woodbury Road, Suite 402<br>Woodbury, NY 11797<br>Tel: (516) 712-4000, ext. 1157<br>Fax: (516) 712-4013<br>Email: jbyrnes@milbermakris.com |

**SO ORDERED:**

_____
Dora L. Irizarry,
U.S. District Court Judge

2